**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Alcade Craig, and all others similarly situated under 28 USC § 216(b), | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Sanjel (USA) Inc., | ) ) | Case No. 1:16-cv-028 |
| Defendant. | ) ) | |

On March 17, 2017, plaintiff filed a notice of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i). Accordingly, the above-entitled action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated this 27th day of March, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court